COURT OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-07-206-CV

 

 

IN RE KELLY STARK                                                                RELATOR

 

 

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

We have
considered ARelator=s Motion
To Dismiss Action As Moot. A  It is the court=s
opinion that the motion should be granted; therefore, we dismiss this original
proceeding.

Relator
shall pay all costs of this original proceeding, for which let execution issue.

PER
CURIAM

 

PANEL
B:  DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED: 
June 22, 2007











    [1]See
Tex. R. App. P. 47.4.